IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BETH HEATH and ALLEN HEATH, )<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>UNIFIED SCHOOL DISTRICT NO. 290, )<br>FRANKLIN COUNTY, KANSAS, )<br>      Defendant. ) | Case No. 04-2340-KHV/DJW |

## **JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE**

NOW on this 31st day of May, 2005, comes on for hearing the plaintiff's oral motion to dismiss the above-entitled case with prejudice. The plaintiffs appear by their attorney, Sarah A. Brown. Defendant appears by its attorney, William A. Larson.

The Court finds that the above-entitled case has been compromised and settled in full and should be and hereby is dismissed with prejudice.

IT IS THEREFORE CONSIDERED ORDERED, ADJUDGED AND DECREED that the above-entitled case is dismissed with prejudice with the parties to bear their own costs.

                    s/ Kathryn H. Vratil
                    The Honorable Kathryn H. Vratil
                    United States District Judge

Approved by:

s/William A. Larson
William A. Larson, #09595
GEHRT & ROBERTS, CHARTERED
5601 S.W. Barrington Court South
P. O. Box 4306
Topeka, KS 66604-0306
(785) 273-7722
Attorneys for Defendant


s/Sarah A. Brown
Sarah A. Brown, #12130
Law Offices of Sarah A. Brown
13628 W. 95th Street
Lenexa, KS 66215
Attorney for Plaintiffs